# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN MCKINNEY, INDIVIDUALLY AND DERIVATIVELY, ON BEHALF OF PRIMUS ENTERPISE, LLC, Plaintiffs, | : : : : : | CIVIL ACTION |
| v. | : : | |
| THOMAS PINTER, et al., Defendants. | : : | No. 18-4185 |

## ORDER

**AND NOW**, this **26th** day of **February 2019**, it is **ORDERED** that:

1. Upon consideration of Defendants Pinter and Pinter Memorials, Inc.'s Motion to Dismiss for Improper Venue and to Transfer (Document No. 20), Plaintiffs' response, Defendants' reply, and for the reasons stated in the Memorandum dated February 26, 2019, the motion is **GRANTED in part** and **DENIED in part.**

    a. The motion to dismiss for improper venue is **DENIED**.

    b. The motion to transfer venue is **GRANTED**.

    c. This case is **TRANSFERRED** to the United States District Court for the Northern District of Alabama.

2. Defendants Worthington and VetsUSA II, Inc.'s Motion to Dismiss (Document No. 22) is **DENIED** as moot.

3. Defendants Worthington and VetsUSA II, Inc.'s Motion to Strike (Document No. 29) is **DENIED**.

4. Upon consideration Plaintiff McKinney's Omnibus Motion to Strike Defendants' Reply Briefs in Support of Their Motions to Dismiss (Document No. 34) and Defendants' response, the motion is **DENIED**.

5. The Clerk of Court is directed to close this case for statistical purposes.

**BY THE COURT:**

*[signature]*

**Berle M. Schiller, J.**